UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MCCOY, | No. 2:18-cv-2180 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| SKY MASSEY et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 10, 2022, the magistrate judge issued findings and recommendations herein which were served on Plaintiff, and which contained notice to him that any objections to the findings and recommendations were to be filed within fourteen days. See ECF No. 25. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued January 10, 2022 (ECF No. 25), are ADOPTED in full;

1

1      2. This case shall proceed on Claim One of the Third Amended Complaint against

2 Defendants Massey and Canello only, and

3      3. All other claims and defendants are DISMISSED pursuant to 25 U.S.C. § 1915A.

4 Dated: February 15, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

mcco2180.800