UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MCCOY,<br><br>  Plaintiff,<br><br>  v.<br><br>SKY MASSEY, et al.,<br><br>  Defendants. | No. 2:18-cv-2180 WBS AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 23, 2022, the court issued a service order in this case. ECF No. 27. The order provided the California Department of Correction and Rehabilitation ("CDCR") forty days to file a CDCR Notice of E-service Waiver pursuant to the court's E-Service Pilot Program. Within thirty days thereafter, the Office of the Attorney General was to file waivers of service of process. Id. at 2-3.

On March 28, 2022, the CDCR filed its notice of e-service waiver. ECF No. 32. More than thirty days have since passed, and the Office of the Attorney General has not filed the requisite waiver of service documents on behalf of defendants, nor has the office responded to the court's service order in any way.

1

1  Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this
2  order, the Office of the Attorney General shall either file the requisite notices of waiver of service
3  or, in the alternative, show cause why it has not filed the notices within the timeframe clearly
4  stated in the court's February 23, 2022, service order.  See ECF No. 27 at 2-3.
5  DATED: June 1, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE