IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JASON MCCOY, et al.,**<br><br>Plaintiff,<br><br>v.<br><br>**SKY MASSEY, et al.,**<br><br>Defendants. | 2:18-cv-02180 WBS AC P<br><br>**(PROPOSED)** **ORDER**<br><br><br><br>Judge: The Honorable Allison Claire<br>Trial Date: Not Set<br>Action Filed: August 9, 2018 |

**GOOD CAUSE APPEARING,** Defendants' motion for an administrative relief re: extension of time to file a responsive pleading (ECF No. 35) is GRANTED. The deadline to file a responsive pleading is extended to August 25, 2022.

Dated: June 2, 2022

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

SA2022302424/36221099.docx