IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASON MCCOY,**<br><br>Plaintiff,<br><br>v.<br><br>**SKY MASSEY, et al.,**<br><br>Defendants. | Case No. 2:18-cv-02180 WBS AC P<br><br>[PROPOSED] **ORDER GRANTING REQUEST TO OPT OUT OF THE COURT'S POST SCREENING ADR PROJECT** |

Having read and considered Defendants' request for an extension of time, and good cause showing, the Court **GRANTS** Defendants' request for an extension of time to opt out of the court's Post Screening ADR Project. ECF No. 39. Defendants shall have thirty additional days, up to and including August 2, 2022, to file a motion to opt out of the court's Post Screening Order ADR Project if they so choose.

**IT IS SO ORDERED**.

Dated: July 5, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE