1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                             EASTERN DISTRICT OF CALIFORNIA

10                                    ----oo0oo----

11

12    JASON MCCOY,                              No. 2:18-cv-2180 WBS AC P

13                  Plaintiff,

14        v.                                    ORDER

15

      SKY MASSEY, et al.,
16
                      Defendants.
17

18
                                      ----oo0oo----
19
             On August 13, 2021, the Magistrate Judge assigned to
20
      this matter issued an order denying plaintiff's motion for
21
      appointment of counsel.  (Docket Nos. 20, 22.)  A little more
22
      than a year later, on August 15, 2022, plaintiff filed a motion
23
      for reconsideration of that order.  (Docket No. 45.)
24
             Local Rule 303(b), states "[r]ulings by Magistrate
25
      Judges . . . shall be final if no reconsideration thereof is
26
      sought from the Court within fourteen days . . . from the date of
27
      service of the ruling on the parties."  Id.  Plaintiff's request
28
                                          1

1   for reconsideration is therefore untimely and is accordingly

2   hereby DENIED.

3           In plaintiff's motion to reconsider, plaintiff also

4   asks that the court order defendants to accept his settlement

5   offer, make a counteroffer, or proceed with discovery.  (Id. at

6   1.)  This request, which does not relate to the Magistrate

7   Judge's denial of the motion for appointment of counsel, is

8   hereby REFERRED to the Magistrate Judge for findings and

9   recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

10          IT IS SO ORDERED.

11  Dated:  August 18, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2