UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MCCOY, | No. 2:18-cv-2180 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| SKY MASSEY, et al. | |
| Defendants. | |

On August 15, 2022, plaintiff filed a motion for an order to settle.[1] ECF No. 45. The motion asks that defendants be ordered to continue settlement discussions or move forward with discovery. Id. at 1-2.

The motion must be denied. First, the parties in this matter are not obligated to enter into a settlement agreement. Furthermore, as of August 23, 2022, defendants still have time to file an answer to the third amended complaint. See ECF No. 43 (8/3/22 order directing defendants to file answer within 21 days). Consequently, plaintiff's request that discovery move forward is premature.

---

[1] A motion for reconsideration of the court's August 9, 2021, denial of plaintiff's motion to appoint counsel (see ECF Nos. 20, 22), was also embedded within in the motion for an order to settle (see ECF No. 45 at 2-3). On August 19, 2022, the motion for reconsideration of the denial of appointment of counsel was denied by the district judge assigned to this matter. See ECF No. 47.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion that defendants be ordered to continue settlement discussions or begin discovery (ECF No. 45 at 1-2) is DENIED.

DATED: August 23, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE