IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JASON MCCOY, et al.,** | 2:18-cv-02180 WBS AC P |
| Plaintiff, | [PROPOSED] Order |
| v. | |
| **SKY MASSEY, et al.,** | |
| Defendants. | |

**GOOD CAUSE APPEARING**, Defendant's request for a one-day extension of time to file a responsive pleading to Plaintiff's third amended complaint (ECF. No. 23) is GRANTED. Defendants filed their answer to Plaintiff's third amended complaint on August 25, 2022, and it is deemed timely filed.

Dated: August 29, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE