IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JASON MCCOY, et al.,**<br><br>Plaintiff,<br><br>v.<br><br>**SKY MASSEY, et al.,**<br><br>Defendants. | 2:18-cv-02180-WBS-AC P<br><br>**[PROPOSED]** **ORDER GRANTING DEFENDANTS UNTIL FRIDAY DECEMBER 9, 2022, TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE WRITTEN DISCOVERY AND REPLY TO PLAINTIFF'S OPPOSITION OF DEFENDANTS' NOTICE OF DEPOSITION** |

Having read and considered Defendants' notice of intent, and good cause showing, the Court **GRANTS** Defendants' request. ECF No. 56. Defendants shall have up to and including December 9, 2022, to file their opposition to Plaintiff's motion for an extension of time to serve written discovery and reply to Plaintiff's opposition of Defendants' notice of deposition.

**IT IS SO ORDERED.**

Dated: December 6, 20222

_allison Clare_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1