IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASON MCCOY,** | Case No. 2:18-cv-2180 WBS AC P |
| Plaintiff, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **SKY MASSEY, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants' motion to modify the scheduling order to extend the dispositive motion deadline by 21 days (ECF No. 67) is GRANTED. The deadline to file a motion for summary judgment is extended to April 14, 2023.

Dated: March 28, 2023

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

~~[Proposed]~~ Order (2:18-cv-2180 WBS AC P)