IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASON MCCOY, et al.,** | Case No. 2:18-cv-02180 WBS AC P |
| Plaintiff, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **SKY MASSEY, et al.,** | |
| Defendants. | |

Good cause appearing, Defendant Canela and Massey's request to extend the deadline to reply to Plaintiff's opposition to Defendants' motion for summary judgment (ECF No. 77) is GRANTED. Defendants shall have until May 25, 2023, within which to file a reply to Plaintiff's opposition.

Dated: May 19, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE