UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MCCOY, | No. 2:18-cv-02180 WBS AC |
| Plaintiff, | |
| v. | ORDER |
| SKY MASSEY, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On March 6, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No 83.  Neither party filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations (ECF No. 83) are adopted in full.

    2. Defendants' motion for summary judgment (ECF No. 74) is granted.

      3. The Clerk of the Court shall enter judgement for defendants and close this case.

Dated: April 5, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Mcco2180.801